JS-6

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JESSICA O. CHEH
Assistant United States Attorney
California Bar Number: 254012
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0886
    Facsimile: (213) 894-7819
    E-mail: jessica.cheh@usdoj.gov

Attorneys for Federal Defendants
Emalie ("Molly") Oberst, Francisco R. Rios, and Betty Deborah Williams

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIAN J. FARKAS, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>BETTY D. WILLIAMS, an individual; FRANCISCO RIOS, an individual; EMILY OBERST, an individual; DOES 1-10 inclusively,<br><br>    Defendants. | CV 13-03208 SJO (AGRx)<br><br>**JUDGMENT**<br><br>Hon. S. James Otero |

1 | Federal Defendant Francisco R. Rios's Motion for Summary Judgment having
2 | come on for hearing, and the Court having considered the pleadings, evidence
3 | presented, the memorandum of points and authorities, and in accordance with the
4 | Separate Statement of Undisputed Facts entered herein,

5 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is
6 | granted and judgment is hereby entered for Federal Defendant Rios, and that all costs
7 | of suit are awarded to Federal Defendant Rios according to proof.

10 | SO ORDERED this 21st day of April, 2014.

*S. James Otero*

S. JAMES OTERO
United States District Judge

1